# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION,**<br><br>    Plaintiff,<br><br>v.<br><br>**D.S. and M.S. o/b/o A.S.,**<br><br>    Defendants. | *Civil Action*<br><br>Docket No.: **2:21-cv-08279-BRM-JSA**<br><br>**CERTIFICATION OF<br>JODI S. HOWLETT, ESQ.** |

I, JODI S. HOWLETT, ESQ., hereby certify as follows:

1. I am an attorney at law in the State of New Jersey and a partner at the firm Cleary Giacobbe Alfieri Jacobs, LLC, attorneys for Plaintiff. As such, I am fully familiar with the facts of this case.

2. Plaintiff intends to rely only upon the administrative record for purposes of the appeal.

I hereby certify under the penalties of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: *Jodi Howlett*
 Jodi S. Howlett, Esq.
 CLEARY GIACOBBE ALFIERI JACOBS, LLC
 955 State Route 34, Suite 200
 Matawan, NJ 07747
 (732) 583-7474 Phone
 (732) 290-0753 Fax
 jhowlett@cgajlaw.com
 Counsel for Plaintiff, East Brunswick Board of Education

Dated: February 3, 2022

4879-3093-8380, v. 1