Exhibit A



THE LEWIS SCHOOL OF PRINCETON

February 9, 2022

Dear Mrs. Shouel,

Please see the breakdown of the days Alexa was on campus for the 2019-2020 and 2020-2021 school year:

**2019-2020:**
173 total days
76 virtual days
97 days on campus

**2020-2021:**
175 total days
112 virtual days
63 days on campus

Please let us know if you need any further information.

Sincerely,

Barbara O'Brien
School Nurse

Marsha Lewis
Head of School

53 Bayard Lane | Princeton, NJ 08540
(609) 924-8120 | Fax (609) 924-5512

From: MapQuest no-reply@mapquest.com
Subject: MapQuest Directions to destination
Date: Apr 7, 2022 at 5:16:40 PM
To: Julie Warshaw jwarshaw@warshawlawfirm.com

Exhibit B

# mapquest

MapQuest directions have been sent to you by Mildred.

Message: directions mileage

To view your map, click on the link below or copy and paste it into your browser:
http://mapq.st/3uiEXxW

Note: The routing time is only an estimate, and it may vary based on traffic conditions.

From: East Brunswick, NJ 08816-5500
To: 53 Bayard Ct Princeton, NJ 08540-2611

**25 MIN | 17.51 MILES**

CURRENT TRAFFIC: HEAVY

| | | |
|---|---|---|
| ← | Start out going northwest on Autumn Ln toward Ivy Ter. | 0.14 miles |
| ← | Turn left onto Cranbury Rd/County Hwy-535. Continue to follow County Hwy-535. | 2.77 miles |
| ↱ | Turn right onto Ridge Rd/County Hwy-522. Continue to follow Ridge Rd. | 4.12 miles |

Ridge Rd is 0.5 miles past Deans Rhode Hall Rd

If you are on Cranbury South River Rd and reach Docks Corner Rd you've gone about 0.5 miles too far

| | | |
|---|---|---|
| ← | Turn left onto Ridge Rd/County Hwy-522. Continue to follow County Hwy-522. | 2.37 miles |
| ← | Turn left onto US-1 S. | 5.17 miles |

US-1 S is just past US-1 N

If you are on Promenade Blvd and reach Oxmoor Ln you've gone about 0.1 miles too far

Exhibit B

**Turn right onto Washington Rd/County Hwy-571.** — 0.01 miles
*Washington Rd is just past Fisher Pl*

**Keep right at the fork to continue on Washington Rd/County Hwy-571.** — 1.65 miles

**Turn left onto Nassau St/NJ-27. Continue to follow NJ-27.** — 0.42 miles
*NJ-27 is just past William St*
*Princeton Garden Theatre is on the corner*
*If you are on Vandeventer Ave and reach Park Pl you've gone a little too far*

**Turn right onto Bayard Ln/US-206 N.** — 0.68 miles
*Bayard Ln is just past Mercer Rd*
*If you reach Monument Dr you've gone a little too far*

**Turn slight right.** — 0.08 miles
*0.1 miles past Birch Ave*
*If you are on State Rd and reach Valley Rd you've gone about 0.3 miles too far*

**Turn slight left onto Mountain Ave.** — 0.11 miles


**53 Bayard Ct, Princeton, NJ 08540-2611, 53 BAYARD CT.** — 0.00 miles
*If you reach Henderson Ave you've gone about 0.1 miles too far*

Exhibit B

