Exhibit C

**From:** Dion Shirley dion.shirley@lindamoodbell.com
**Subject:** Following up on our call
**Date:** April 8, 2022 at 3:44 PM
**To:** jwarshaw@warshawlawfirm.com



Hi Julie,

First and foremost, thank you for reaching out to Lindamood-Bell today! Based on our conversation, I have outlined our Center's rates below.

We determine the recommendations for each student after conducting an initial evaluation which typically takes three to four hours to administer. After the evaluation, our instruction is administered 2-4 sessions a day, 5 days a week. The intensity of our schedule is designed to enable students to establish independence and self-correcting in learning. Of course, the recommended schedule for a student will be based on their needs and the best plan for them specifically.

Online Instruction: If a family requests to work with us remotely, we will connect them with their instructional team here in the Learning Center through a platform similar to Skype. With an online set-up charge of $150, we can send all of their instructional materials to your home to make accessing instruction as easy and seamless as possible.

Rates: The rate for our learning ability evaluation is $395 and our instructional rate is $152 per session if signed before April 27th. If a contract is pursued after the date stated above, the rate per session will increase to $159.

We accept private payment for instruction and also can discuss extended installment plans if you would like to do so. Many of our current families have chosen to apply for financing in order to pay for instruction in smaller monthly payments (at low or no interest) instead of larger weekly payments. We recognize

Exhibit C

the investment of instruction so paying monthly over 12 months is interest-free. Once we know the exact instruction recommendation and educational plan we can go over the total cost and all of the options we have for payment.

Please let me know if you have any additional questions.

Warm Regards,

Dion Shirley
Associate Center Director
Lindamood-Bell Learning Processes
10 North Park Place
Morristown, NJ 07018
(973) 644-2202

Exhibit D



Our mission is to give every student the best education possible.

Mrs. Warshaw Law Firm
, NY 10000

Date: 04/08/2022
Student Name: Washaw Law Firm

**Account Balance** $0.00

| Units | Price Per Unit | Description of Charge | Total Charge |
|---|---|---|---|
| 50.00 | $91.00 | Classes for Tutoring Sessions Sessions will be one on one with student. | $4,550.00 |
| 1.00 | $190.00 | Registration Fee | $190.00 |

**Balance Due** $4,740.00