# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

JODI S. HOWLETT, Partner
jhowlett@cgajlaw.com

Reply to: Matawan Office

September 7, 2022

<u>*Via Electronic Filing*</u>
Magistrate Judge Jessica S. Allen
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

  Re: East Brunswick Township Board of Education v. D.S. and M.S. o/b/o A.S.
     United States District Court for the District of New Jersey
     Docket No. 2:21-cv-08279-BRM-JSA

Your Honor:

Please be reminded that this firm represents Plaintiff, East Brunswick Township Board of Education ("Plaintiff") in connection with the above-referenced matter. In this regard, the undersigned is in receipt of Defendants' counsel's correspondence dated September 6, 2022 [53], and the Court's Text Order entry [54] dated today. Please accept this correspondence as Plaintiff's response. With regard to multiple correspondence referenced in Ms. Warshaw's September 6, 2022 correspondence [53], please note that Plaintiff did, in fact, receive said correspondence, but wishes to point out that none of those letters referenced or contained a proposed briefing schedule. Ms. Warshaw's correspondence dated September 6, 2022 includes a briefing schedule to which Plaintiff has no objection.

With regard to the Court's Text Order [54] dated today, scheduling a Telephone Status Conference for September 13, 2022 at 10:45 a.m., please be advised that the undersigned has a previously scheduled hearing on September 13, 2022 at 10:00 a.m. in an emergent matter before Judge Buono in a matter entitled, M.S. and N.S. o/b/o R.S. v. East Brunswick Township Board of Education, Docket No. EDS 07327-22 and, thus, requests a brief adjournment of the telephone status conference.

Thank you for your attention to this matter.

Very truly yours,

*s/ Jodi Howlett*

Jodi S. Howlett
JSH/tb
cc: Julie Warshaw, Esq. (*via ECF*)

---

**Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753**
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com