**WARSHAW LAW FIRM, LLC**
**Julie Warshaw, Esq.** (ID# 027931993)
220 Davidson Avenue, Suite 124
Somerset, New Jersey 08873
<u>MAILING ADDRESS:</u>
P.O. Box 276
Liberty Corner, New Jersey 07938
Phone (973) 433-2121
Fax (973) 439-1047
jwarshaw@warshawlawfirm.com
Attorney for Defendants/Counterclaimants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| **EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION** <br><br> Plaintiff, <br><br> vs. <br><br> **D.S. and M.S. o/b/o/ A.S.** <br><br> Defendants. | **CIVIL ACTION** <br><br> **Case No.: 2:21-cv-08279 (BRM-TJB)** <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT** <br><br> **Motion Date: To be determined by the Court** |

PLEASE TAKE NOTICE that on a date to be determined by Court, the undersigned, Julie Warshaw, Esq., Warshaw Law Firm, LLC, on behalf of Defendants/Counterclaimants, shall move before the Honorable Brian R.

Martinotti, U.S.D.J., in the United States District Court for the District of New Jersey, for an Order granting Defendants/Counterclaimants' Motion for Summary Judgment.

    PLEASE TAKE NOTICE that the undersigned will rely on the attached Certification of Plaintiff, M.S., Statement of Undisputed Material Facts, and Brief in support of the motion.

                                                  **WARSHAW LAW FIRM, LLC**

                                                  By: */s/ Julie Warshaw, Esq.*
                                                                  Julie Warshaw, Esq.

Dated: October 24, 2022