**WARSHAW LAW FIRM, LLC**
**Julie Warshaw, Esq.** (ID# 027931993)
220 Davidson Avenue, Suite 124
Somerset, New Jersey 08873
<u>MAILING ADDRESS:</u>
P.O. Box 276
Liberty Corner, New Jersey 07938
Phone (973) 433-2121
Fax (973) 439-1047
jwarshaw@warshawlawfirm.com
Attorney for Defendants/Counterclaimants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| **EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION**<br><br>Plaintiff,<br><br>vs.<br><br>**D.S. and M.S. o/b/o/ A.S.**<br><br>Defendants. | **CIVIL ACTION**<br><br>**Case No.: 2:21-cv-08279 (BRM-TJB)**<br><br>**Motion Date: To be determined by the Court**<br><br><br><br>**ORDER** |

    **THIS MATTER** having come before the Court on a Motion for Summary Judgment filed by Plaintiffs and a Motion for Summary Judgment filed by Defendants/Counterclaimants, and upon consideration of the moving papers and any response thereto and for good cause shown;

    **IT IS** on this ____ day of_____2022, hereby

**ORDERED** that Plaintiffs Motion for Summary Judgment is denied; and it is

**FURTHER ORDERED** that Defendants/Counterclaimants' Motion for Summary Judgment is granted.

_____

, U.S.D.J.

_____ Opposed
_____ Unopposed