**WARSHAW LAW FIRM, LLC**
**Julie Warshaw, Esq.** (ID# 027931993)
220 Davidson Avenue, Suite 124
Somerset, New Jersey 08873
<u>MAILING ADDRESS:</u>
P.O. Box 276
Liberty Corner, New Jersey 07938
Phone (973) 433-2121
Fax (973) 439-1047
jwarshaw@warshawlawfirm.com
Attorney for Defendants/Counterclaimants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| **EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION**<br><br>Plaintiff,<br><br>vs.<br><br>**D.S. and M.S. o/b/o/ A.S.**<br><br>Defendants. | **CIVIL ACTION**<br><br>Case No.: 2:21-cv-08279 (BRM-TJB)<br><br>**Motion Date: To be determined by the Court**<br><br>**CERTIFICATION OF SERVICE** |

I, Julie Warshaw, Esq., attorney for Defendants/Counterclaimants, do hereby certify that on October 24, 2022, I electronically filed a Notice of Motion for Summary Judgment with supporting Certification, Statement of Undisputed

Material Facts, and Brief in support of said motion, and a proposed form of Order with the Clerk of Court using the CM/ECF System to the following participants:

Jodi Howlett, Esq. (Via Electronic Filing and Email)

### CERTIFICATION

I hereby certify under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the forgoing statements made by me are willfully false, I am subject to punishment.

**WARSHAW LAW FIRM, LLC**

By: /s/ *Julie Warshaw, Esq.*
Julie Warshaw, Esq.

Dated: October 24, 2022