# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

EAST BRUNSWICK TOWNSHIP BOARD
OF EDUCATION,

                Plaintiff,

                v.

D.S. and M.S. o/b/o A.S.,

                Defendants.

Case No. 2:21-cv-08279 (BRM) (JSA)

**ORDER**

      **THIS MATTER** is opened to the Court on Defendant D.S. and M.S., on behalf of A.S.'s (collectively "Defendants") Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56. (ECF No. 59-3.) Plaintiff East Brunswick Township Board of Education ("BOE") filed an Opposition. (ECF No. 59-6.) Defendants filed a Reply. (ECF No. 59-7.)  Having reviewed the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

      **IT IS** on this 28th day of June 2023,

      **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** in part, and **DENIED** in part.

                                    */s/ Brian R. Martinotti*
                                    **HON. BRIAN R. MARTINOTTI**
                                    **UNITED STATES DISTRICT JUDGE**