## WARSHAW LAW FIRM, LLC

**Julie M.W. Warshaw, Esq. *~^**
jwarshaw@warshawlawfirm.com

**Mildred V. Spiller, Esq. ***
mspiller@warshawlawfirm.com

---------------------------------
Licensed in New Jersey *
Licensed in New York ~
Licensed in Massachusetts ^

MAILING ADDRESS:
P.O. Box 276
Liberty Corner, New Jersey 07938
Phone: (973) 433-2121
Fax: (973) 439-1047
www.warshawlawfirm.com

OFFICE LOCATION:
220 Davidson Avenue,
Suite 124
Somerset, New Jersey
08873

August 10, 2023

Via ECF Filing System
Honorable Jessica S. Allen, U.S.D.M.
United States District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: East Brunswick Township Bd. of Ed. v. D.S. and M.S. o/b/o A.S.
    Case No.: 2:21-cv-08279 (BRM-TJB)

Dear Judge Allen:

    This office represents the Defendants/Counterclaimants in the above refenced action. I am writing this joint letter (as per an email I received on August 9, 2023, from counsel for the district) to inform the Court that both parties are amenable to a settlement conference in this matter.

    Thank you for your time, courtesies, and attention to this matter.

                            Respectfully Submitted,

                            By: */s/ Julie Warshaw, Esq.*
                                Julie Warshaw, Esq.

cc:    Jodi Howlett, Esq. (Via ECF Filing System)
        D.S. and M.S. (Via Email)